UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

  v.

SQUAT AND GOBBLE CAFE #2, et al.,

    Defendants.

Case No. 13-cv-02799-MEJ

**ORDER REFERRING PARTIES FOR FURTHER MEDIATION**

Upon review of the parties' Joint Status Report (Dkt. No. 11), the Court finds further mediation efforts may be beneficial. Accordingly, the parties are ORDERED to attend further mediation with David T. Alexander. If the parties are unable to settle, they shall file an updated joint status report within two weeks of the time Mr. Alexander files a Certification of ADR Session indicating the mediation process has concluded.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge