Paul Tour-Sarkissian (SBN 123467)
Phil Foster (SBN 262120)
**TOUR-SARKISSIAN LAW OFFICES, LLP**
211 Gough Street, Third Floor
San Francisco, CA 94102
Telephone: (415) 626-7744
Facsimile: (415) 626-8189

Attorneys for Defendants
SQUAT AND GOBBLE CAFÉ #2;
S&G RESTAURANT MANAGEMENT, LLC;
ISSA SWEIDAN; and MARY SWEIDAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>SQUAT and GOBBLE CAFÉ #2; S&G RESTAURANT MANAGEMENT LLC, a California Limited Liability Company; ISSA SWEIDAN; and MARY SWEIDAN,<br><br>Defendants. | Case No.: CV 13-2799 MEJ<br><br>**DEFENDANTS' STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL OF CASE** |

Defendant SQUAT AND GOBBLE CAFÉ #2; Defendant S&G RESTAURANT MANAGEMENT, LLC; Defendant ISSA SWEIDAN; and Defendant MARY SWEIDAN (collectively "Defendants") submit the following Status Report Regarding Settlement and Dismissal Of Case.

This case settled on 12-17-2015 by a written agreement requiring Defendants to make payment of a settlement amount in consecutive, monthly installments to Plaintiff.

Defendants have timely paid each and every installment payment required of them by the settlement agreement. Defendants' final installment payment was made on September 30, 2016, which

1

was mailed to Plaintiff's counsel as required by the terms of the settlement agreement.

Defendants' performance under the parties' settlement agreement is now complete, and the settlement terms require Plaintiff to file a dismissal of this case in its entirety, which Defendants anticipate Plaintiff will do upon receiving Defendants' final payment.

October 4, 2016.

TOUR-SARKISSIAN LAW OFFICES, LLP

By: _____
PHIL FOSTER
Attorneys for Defendants
SQUAT AND GOBBLE CAFÉ #2;
S&G RESTAURANT MANAGEMENT, LLC;
ISSA SWEIDAN; and MARY SWEIDAN

Phil Foster (SBN 262120)
**TOUR-SARKISSIAN LAW OFFICES, LLP**
211 Gough Street, Third Floor
San Francisco, CA 94102
Telephone: (415) 626-7744
Facsimile: (415) 626-8189

Attorneys for Defendants
SQUAT AND GOBBLE CAFÉ #2;
S&G RESTAURANT MANAGEMENT LLC;
ISSA SWEIDAN; AND MARY SWEIDAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>SQUAT AND GOBBLE CAFÉ #2; S&G RESTAURANT MANAGEMENT LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; ISSA SWEIDAN; and MARY SWEIDAN,<br><br>Defendants. | Case No.: CV 13-2799 MEJ<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the above-captioned action. My business address is 211 Gough Street, Third Floor, San Francisco, California 94102. On the date below, I served the following document(s) on all interested parties:

DEFENDANTS' STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL OF CASE

[XXXX]   (BY US MAIL) By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid. I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Francisco, California, addressed as follows:

Thomas E. Frankovich, APLC
702 Mangrove Avenue, #304
Chico, CA  95926

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed in San Francisco, California, on **October 4, 2016**.

*/s/ Phil Foster*

PHIL FOSTER