UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, <br><br>  Plaintiff, <br><br> v. <br><br> SQUAT and GOBBLE CAFÉ #2; S&G RESTAURANT MANAGEMENT LLC, a California Limited Liability Company; ISSA SWEIDAN; and MARY SWEIDAN, <br><br>  Defendants. | CASE NO. CV-13-2799-MEJ <br><br> [PROPOSED] ORDER |

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: October 11, 2016

_____
Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER